AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

JAMES J. POTEAT

v.

UNTED STATES OF AMERICA

APPEARANCE

Case Number: 04-30016-KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant, United States of America.

I certify that I am admitted to practice in this court.

__1/24/04__
Date

__/s/ Karen L. Goodwin__
Signature

__Karen L. Goodwin, AUSA__          __549398__
Print Name                             Bar Number

__1550 Main Street, Room 310__
Address

__Springfield__          __MA__          __01103-1422__
City                    State           Zip Code

__413-785-0269__                      __413-785-0394__
Phone Number                           Fax Number