AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

JAMES J. POTEAT

v.

UNITED STATES OF AMERICA

APPEARANCE

Case Number: 04cv30016-KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  defendant, United States of America.

I certify that I am admitted to practice in this court.

| 1/27/04 | [signature] |
|---|---|
| Date | Signature |

Karen L. Goodwin, AUSA                     549398
Print Name                                 Bar Number

1550 Main Street, Room 310
Address

Springfield            MA         01103-1422
City                   State      Zip Code

413-785-0235                      413-785-0269
Phone Number                      Fax Number