UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *
                                   *
JAMES J. POTEAT                    *
                                   *   No. 04cv30016-KPN
         Plaintiff,                *
                                   *
     v.                            *
                                   *
UNITED STATES OF AMERICA,          *
                                   *
         Defendants.               *
                                   *
* * * * * * * * * * * * * * * * * *
```

MOTION TO DISMISS

The defendant, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), moves to dismiss the complaint for a lack of subject matter jurisdiction, mootness and failure to state a claim. A memorandum of law accompanies this motion.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she conferred with the pro se plaintiff but was unable to resolve the issues.

WHEREFORE, the United States respectfully requests that the court dismiss the complaint.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103

Dated: January 27, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served on this day by mail on James Poteat, 12 Parker Avenue, Westfield, MA 01085.

*/s/ Karen L. Goodwin*
KAREN L. GOODWIN