*This case was removed from State Ct James Poteat, 04CV30016 KPN*

# F TRANSFER

RECEIVED
U.S. ATTORNEY
SPRINGFIELD MA

2004 FEB 26  A 9:23

D

T

SPRINGFIELD, MA. 01103
TEL: 785-0235

**FROM: SPRINGFIELD DISTRICT COURT**
   **SMALL CLAIMS/SUPPLEMENTARY**
   **50 STATE STREET**
   **SPRINGFIELD, MA 01103**
   **(413) 748-8668**

TO WHOM IT MAY CONCERN:   MICHAEL J. SULLIVAN, UNITED STATES ATTORNEY
                          KAREN L. GOODWIN, ASSISTANT U.S. ATTORNEY

THE ENCLOSED NAMED CASE HAS BEEN ORDERED TRANSFERRED UPON THE

ALLOWANCE OF THE MOTION HEARD BY THIS COURT. ON 1/28/04 ALLOWED.

   PLAINTIFF: JAMES J. POTEAT
   DEFENDANT: UNITED STATES OF AMERICA
   DOCKET NO.  0323SC-1426

KINDLY CALL THIS OFFICE IF WE CAN BE OF ANY FURTHER ASSISTANCE.

SF

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    WAYNE HOPPOCH, FACILITY MANAGER
    100 Brookdale Road, PMPC
    Springfield, MA 01104

    0323SC 1426  1/28/04
                           ts

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Michelle Richard_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Michelle Richard             12/1

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service)   7003 2260 0006 8597 4066

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    GARY LANGLEY
    100 Brookdale Road, PMPC
    Springfield, MA 01104

    0323SC 1426 1/28/04
                           ts

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Michelle Richard_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Michelle Richard             12/1

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service)   7003 2260 0006 8597 4103

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1015

Case 3:04-cv-30016-MAP   Document 7   Filed 03/04/2004   Page 3 of 11

# STATEMENT AND NOTICE OF TRIAL

Commonwealth of Massachusetts
Small Claims Session

0323SC 1426

**PART 1**

☒ BOSTON MUNICIPAL COURT  ☐ DISTRICT COURT Division  ☐ HOUSING COURT Division

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**

James D Patent
12 Parker Avenue
Westfield, MA 01085-1518
PHONE NO: (413) 568-8781

PLAINTIFF'S ATTORNEY (if any): [blank]

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**

Wayne Hoppock, Facility Manager
100 Brookdale Rd, PMRC
Springfield, MA 01104
PHONE NO: (413) 452-3100

ADDITIONAL DEFENDANT (if any):
Name: Gary Longley, SOO
Address: 100 Brookdale Rd, PMRC
Springfield, MA 01104
PHONE NO: (413) 452-3100

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $1614.40 plus $19.00 court costs for the following reasons. Give the date of the event that is the basis of your claim.

The above named have willfully withheld my paycheck due on 14 Feb 03. Several different, contradictory stories have been given, but the end result is that in retaliation for union activities + labor complaints through the NLRB, they are not releasing my pay. (based on 20.18/hr for 80 hrs)

SIGNATURE OF PLAINTIFF X [signature]   DATE 28 Feb 03

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X [signature] SIGNATURE OF PLAINTIFF   28 Feb 03

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

JUSTICE: ROBERT F. KUMOR, JR.
CLERK-MAGISTRATE/DESIGNEE: RICHARD C. MORRISSEY

NAME AND ADDRESS OF COURT:
SPRINGFIELD DISTRICT COURT
50 State Street
Springfield, MA 01103

DATE AND TIME OF TRIAL: January 28, 2004   2:00 PM
ROOM NO: CT RM #8 2nd floor   ts

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR IN THIS COURT ON THE DATE AND ▼ COURT USE ONLY ▼

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

DOCKET NO. 0323SC 1426

Commonwealth of Massachusetts
Trial Court Small Claims Session

**PART 1:** ☐ BOSTON MUNICIPAL COURT    ☒ DISTRICT COURT Division _____    ☐ HOUSING COURT Division _____

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE:**
James D Poteat
12 Parker Avenue
Westfield, MA 01085-1518
PHONE NO. (413) 568-8709

PLAINTIFF'S ATTORNEY (if any): [blank]

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE:**
Gary Langley / ~~Wayne Hoppock~~ (poo)
100 Brookdale Rd, PMPC
Springfield, MA 01104
PHONE NO. 452-2100

ADDITIONAL DEFENDANT (if any):
Wayne Hoppock, Facility Manager
100 Brookdale Rd, PMPC
Springfield, MA 01104
PHONE NO. 452-2100

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $1614.40 plus $19.00 court costs for the following reasons: Give the date of the event that is the basis of your claim.

The above named have willfully withheld my paycheck for due on 14 Feb 03. Several different contradictory stories have been given, but the end result is that, in retaliation for union activity & labor complaints through the NLRB, they are not releasing my pay. (based on 20.18/hr for 80 hrs)

SIGNATURE OF PLAINTIFF: X [signed]    DATE: 28 Feb 03

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X [signed]    24 Feb 03
SIGNATURE OF PLAINTIFF    DATE

**NOTICE TO DEFENDANT:** You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.
If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.
SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT:
SPRINGFIELD DISTRICT COURT
50 State Street
Springfield, MA 01103

DATE AND TIME OF TRIAL: January 28, 2004    2:00 PM
ROOM NO. CT RM #8 2nd Floor

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME

FIRST JUSTICE: ROBERT F. KUMOR, JR.
CLERK-MAGISTRATE OR DESIGNEE: RICHARD C. MORRISSEY

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form...

ATENCION: ESTE AVISO OFICIAL DE LA CORTE SI USTED NO SABE LEER INGLES, OBTENGA UNA TRADUCCION.

| NO. | DATE | MAGISTRATE'S TRIAL NOTES / ENTRIES | DCKET # |
|-----|------|-------------------------------------|---------|
|     | JAN 2 8 2003 | Remd to Fed Ct |  |
|     |      |                                     |         |

### ORDER FOR JUDGMENT AND PAYMENT

JUDGMENT IS ENTERED FOR THE:

☐ PLAINTIFF  ☐ DEFENDANT

☐ BY DEFAULT  ☐ AFTER HEARING  ☐ BY AGREEMENT* (see below)

FOR

DAMAGES: $

INTEREST: $

COSTS: $

TOTAL JUDGMENT: $

PAYMENT IS ORDERED AS FOLLOWS:  ☐ 30-DAY  ☐ Other:

* Defendant Agrees to pay the Total Judgement on or before  / /  ; Or, to pay $_____

Per ☐ Wk  ☐ Mo  ☐ Bi-wkly, beginning on  / /  ; Scheduled Review on:  / /  @ ___ AM/PM

| JUDGE: | MAGISTRATE: | RECORDING CLERK: |
|--------|-------------|------------------|

REV.05.2001

1/28/04
034486



U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

January 26, 2004

Richard C. Morrissey
Clerk
District Court
Springfield Division (small claims)
50 State Street
Springfield, MA 01103

    Re:  Poteat v. Longley and Hoppock
         Docket Nos. 0323SC1426

Dear Mr. Morrissey:

    Enclosed for filing please find a certified copy of the Notice of Removal as well as the notice of substitution of the United States as the defendant. Pursuant to 28 U.S.C. § 1446(d), the filing of this notice of removal effects the removal and the state court shall proceed no further unless and until the case is remanded. Accordingly, the hearing scheduled for January 28, 2004, should not proceed.

    In accordance with United States District Court Local Rule 81.1, I am requesting that certified copies of all pleadings be provided to me for filing with the United States District Court for the District of Massachusetts. If you have any questions, please call me at 785-0235.

    Thank you for your assistance.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

            By:    _____
                       KAREN L. GOODWIN
Enc.                  Assistant U.S. Attorney
cc:  James Poteat
      Jeannine Rice

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * *
                                    *
JAMES J. POTEAT                     *
                                    *
        Plaintiff,                  *
                                    *
v.                                  *
                                    *
UNITED STATES OF AMERICA,           *
                                    *
        Defendants.                 *
                                    *
* * * * * * * * * * * * * * * * * * *
```

CA 04-30016-MPN

I HEREBY ATTEST AND CERTIFY ON 1/26/04
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: _____

NOTICE OF REMOVAL

The defendant, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, gives notice of the removal of this action to federal court pursuant to 28 U.S.C. § 2679(d)(2). As. As grounds therefor, the defendant asserts that the United States has been substituted as the defendant. Pursuant to 28 U.S.C. § 2679(d)(2), the action shall be removed to federal district court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103
(413) 785-0235

Dated: January 26, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served on this day by mail on James Poteat, 12 Parker Avenue, Westfield, MA 01085.

_____
KAREN L. GOODWIN

`Case 3:04-cv-30016-MAP    Document 7    Filed 03/04/2004    Page 9 of 11`

TRIAL COURT OF MASSACHUSETTS
SMALL CLAIMS SESSION
SPRINGFIELD DISTRICT COURT

JAMES J. POTEAT

   Plaintiff,

  NO. 0323-SC-1426

v.

GARY LONGLEY and WAYNE HOPPOCK,

   Defendants.

## NOTICE OF SUBSTITUTION

Please take notice that pursuant to 28 U.S.C. § 2679(d)(1), the United States is hereby substituted for the individual defendants, Gary Longley and Wayne Hoppock. The grounds for this substitution are:

1. The plaintiff alleges the state common law torts of interference with contract and/or conversion committed while Gary Longley and Wayne Hoppock were acting in the scope of their employment as an employee of the United States.

2. The United States Attorney for the District of Massachusetts, where the negligent conduct is alleged to have occurred, has certified pursuant to 28 U.S.C. §§ 2679(d)(1) and (2), and 28 C.F.R. § 15.3, that at the time of the conduct alleged, that Gary Longley and Wayne Hoppock were acting within the scope of their employment as officers and employees of the United States.

3. Upon certification that a federal employee was acting within the scope of his office or employment at the time of the incident out of which a state law claim arises, any civil action based on the incident shall be deemed an action against the United States, and the United States shall be substituted as the sole defendant with respect to the state law claims. 28 U.S.C. § 2679(d)(1) and (2).

The Court is respectfully referred to the Certification of Scope of Employment filed together with this notice.

The United States has also filed a proposed order amended the caption of the case to reflect the substitution of the United States.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103
413-785-0235

Dated: January 26, 2004

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served on James Poteat, 12 Parker Avenue, Westfield, MA 01085,

/s/ Karen L. Goodwin
Karen L. Goodwin
Assistant U.S. Attorney

2

TRIAL COURT OF MASSACHUSETTS
SMALL CLAIMS SESSION
SPRINGFIELD DISTRICT COURT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JAMES J. POTEAT

       Plaintiff,      NO. 0323-SC-1426

v.

GARY LONGLEY and WAYNE HOPPOCK,

       Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATION

I, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 2679 and by virtue of the authority vested in the United States Attorney by the Attorney General under 28 C.F.R. § 15.3, hereby certify that on the basis of the information now available with respect to the incidents alleged in plaintiff's complaint, that the individual defendants, Gary Longley and Wayne Hoppock, were acting within the scope of their employment and office as employees of the United States at the time of the incident out of which plaintiff's claim arose.

                                     MICHAEL J. SULLIVAN
                                     UNITED STATES ATTORNEY

DATED: 1/26/04