AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF MASSACHUSETTS

JAMES J. POTEAT,

**JUDGMENT IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER: 04-30016-MAP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

JUDGMENT entered for the Defendant pursuant to the endorsed order of the Court entered this date granting, without opposition, the Defendant's motion to dismiss the complaint for lack of subject matter jurisdiction.

March 25, 2004                      TONY ANASTAS
Date                                Clerk

                                    *Mary Finn*
                                    (By) Deputy Clerk